UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Brandon Morrison, | Case No. 25-CV-664 (NEB/LIB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| Warden FCI Sandstone, | |
| Respondent. | |

---

The Court has received the March 27, 2025 Report and Recommendation of United States Magistrate Judge Leo I Brisbois.[1] (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 4) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE under Rule 41(b) of Federal Rules of Civil Procedure for failure to prosecute.

---

[1] The Petition seeks the application of his FSA time credits toward his release. (ECF No. 1 at 6, 8.) The BOP records show that Morrison has been transferred to RRM-Dallas (residential reentry management field office), with a release date of May 29, 2025. *See* https://www.bop.gov/inmateloc/ (last visited Apr. 9, 2025).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 10, 2025                          BY THE COURT:

                                               s/Nancy E. Brasel
                                               Nancy E. Brasel
                                               United States District Judge